# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
201 MONROE STREET, SUITE 407
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

February 21, 2008

**BY HAND DELIVERY**

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104

    *Re:*   *David Tatum*

Dear Judge Coody:

Our office has been contacted by Assistant U.S. Attorney Chris Snyder, regarding appointment of counsel for Mr. Tatum, who is a target in an investigation of identity theft, mail theft and mail fraud.

Mr. Snyder has indicated that Mr. Tatum may want to resolve this matter prior to indictment and is unable to afford counsel. A financial affidavit signed by Mr. Tatum is enclosed with this letter.

I am requesting that appointment of counsel be permitted by the Court. It is my understanding that our office would **not** be able to accept an appointment in this case, but we will appoint a CJA Panel attorney.

Please let me know if you need any additional information. Thank you for your consideration of this request.

                               Sincerely,

                               Christine A. Freeman

caf/lc
Enclosure
cc:     Chris Snyder, Esq.