IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | MISC. NO. 08cm1444-CSC |
| | ) | |
| DAVID TATUM | ) | |

## ORDER

Upon consideration of the request of the Federal Defender for appointment of counsel for a person under investigation and the court's review of the person's financial affidavit, the court finds that DAVID TATUM is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that a panel attorney to be identified by the Federal Defender for this District be and is hereby appointed to represent DAVID TATUM. The Clerk of the Court shall provide counsel with a copy of this order, the letter requesting appointment of counsel and the financial affidavit.

Done this 22nd day of February, 2008.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE